UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LITT,

        Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, L.L.C., and
JOHN DOE, a/k/a "JASON,"

        Defendants.
                                            /

Case No. 13-12067

Honorable John Corbett O'Meara

## ORDER OF PARTIAL DISMISSAL

    Plaintiff Michael Litt filed a five-count complaint in this court June 5, 2013, alleging the following causes of action: violations of the Fair Debt Collection Practices Act ("FDCPA") in Count I; violations of the Telephone Consumer Protection Act ("TCPA") in Count II: violations of the Michigan Occupational Code in Count III; violations of the Michigan Collection Practices Act ("MCPA") in Count IV; and negligence in Count V.

    Although Plaintiff's causes of action arising under federal law are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations of the complaint are based solely on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Therefore, it is hereby **ORDERED** that Counts III, IV, and V of the complaint are **DISMISSED.**

        s/John Corbett O'Meara
        United States District Judge

Date:  August 12, 2013

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 12, 2013, using the ECF system.

        s/William Barkholz
        Case Manager